UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE HANOVER INSURANCE COMPANY, *as subrogee of* THE ART STUDENTS LEAGUE OF NEW YORK AND AMERICAN FINE ARTS SOCIETY,

                 Plaintiff,

-v-

BROADWAY TRIO LLC,

                 Defendant.

23-CV-5630 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    On July 5, 2023, the Court issued an Order directing Plaintiff The Hanover Insurance Company to show cause as to why its complaint should not be dismissed for lack of subject matter jurisdiction, given that it failed to allege the citizenship of each member of two limited liability company (LLC) defendants, Broadway Trio LLC and Broadway 57th/58th Retail Investor LLC.  (ECF No. 2.)

    Plaintiff has represented that it is unable to confirm the membership information for those Defendants despite its best efforts to do so.  (ECF No. 14.)

    Plaintiff is hereby directed to serve each Defendant, and Defendants Broadway Trio LLC and Broadway 57th/58th Retail Investor LLC are ordered to provide a declaration or other information to Plaintiff sufficient to establish the citizenship of their members within 14 days of receiving service of the summons and complaint.

    SO ORDERED.

Dated: July 19, 2023
       New York, New York

                                                    _____
                                                    J. PAUL OETKEN
                                                    United States District Judge